**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

| | |
|---|---|
| EDWARD ANTONIO GIL-SUAREZ, : | |
| Petitioner, : | |
| : | |
| v. : | No.  2:26-cv-01394 |
| : | |
| J.L. JAMISON, *in his official capacity as Warden* : | |
| *of Federal Detention Center, Philadelphia*; BRIAN : | |
| MCSHANE, *in his official capacity as Acting* : | |
| *Philadelphia Field Office Director, United States* : | |
| *Immigration and Customs Enforcement*; TODD : | |
| LYONS, *in his official capacity as Acting Director* : | |
| *of Immigration and Customs Enforcement*; KRISTI : | |
| NOEM, *in her official capacity as Secretary of the* : | |
| *Department of Homeland Security*; : | |
| THE U.S. DEPARTMENT OF HOMELAND : | |
| SECURITY; PAMELA BONDI, *Attorney General* : | |
| *of the United States*; : | |
| Respondents. : | |

---

**O R D E R**

**AND NOW,** this 5th day of March, 2026, upon consideration of Petitioner Edward Antonio

Gil-Suarez's Petition for Writ of Habeas Corpus, *see* ECF No. 1, and Motion for Temporary

Restraining Order, *see* ECF No. 2, **IT IS ORDERED THAT**:

1.      **No later than March 9, 2026**, Respondents SHALL file an expedited response to

the Petition, along with any exhibits, copies of all relevant documents, and an index of

exhibits/documents.  The response shall state the statutory authority for Petitioner's detainment and

provide the related legal analysis and record evidence supporting the asserted statutory basis for

detention.  The response shall also address whether a bond hearing is required and whether the

petition for writ of habeas corpus may be decided on the papers.

2.    **No later than March 12, 2026**, Petitioner may file a reply to the response.  If Petitioner has not already done so, Petitioner shall advise whether a bond hearing is required and whether the petition for writ of habeas corpus may be decided on the papers.

3.    Petitioner's Motion for Temporary Restraining Order, ECF No. 2, is **GRANTED in part**.

4.    Petitioner SHALL NOT be transferred outside the Commonwealth of Pennsylvania while the above-captioned action is pending.

5.    In all other respects, the relief requested in the remainder of the Motion for a Temporary Restraining Order, ECF No. 2, is **DENIED**, **without prejudice**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge