UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD ANTONIO GIL-SUAREZ,<br>　　　　　　　　Petitioner,<br><br>　　v.<br><br>J.L. JAMISON, *in his official capacity as Warden of Federal Detention Center, Philadelphia*; BRIAN MCSHANE, *in his official capacity as Acting Philadelphia Field Office Director, United States Immigration and Customs Enforcement*; TODD LYONS, *in his official capacity as Acting Director of Immigration and Customs Enforcement*; KRISTI NOEM, *in her official capacity as Secretary of the Department of Homeland Security*; THE U.S. DEPARTMENT OF HOMELAND SECURITY; PAMELA BONDI, *Attorney General of the United States*;<br>　　　　　　　　Respondents. | No.   2:26-cv-1394 |

# **O R D E R**

**AND NOW**, this 11th day of March, 2026, upon consideration of the Petition for Writ of Habeas Corpus, *see* ECF No. 1, the Court's Order directing Respondents to file an expedited response to the Petition by March 9, 2026, *see* ECF No. 3, and of Respondents' failure to timely file a response in opposition thereto, **IT IS HEREBY ORDERED THAT:**

　　　1.　　**No later than March 13, 2026**, Respondents SHALL file a response to the Petition, along with any exhibits, copies of all relevant documents, and an index of exhibits/documents.  The response shall state the statutory authority for Petitioner's detainment and provide the related legal analysis and record evidence supporting the asserted statutory basis for detention.  The response shall also address whether a bond hearing is required and whether the petition for writ of habeas corpus may be decided on the papers.

2. **No later than March 16, 2026**, Petitioner may file a reply to the response. If Petitioner has not already done so, Petitioner shall advise whether a bond hearing is required and whether the petition for writ of habeas corpus may be decided on the papers.

3. The Clerk of Court is DIRECTED to serve the Office of the United States Attorney by email at the following addresses: desiree.wilkins@usdoj.gov, anthony.stjoseph@usdoj.gov, susan.becker@usdoj.gov, and gregory.david@usdoj.gov.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge